**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 13, 2012**.



In The

# Fourteenth Court of Appeals

### NO. 14-12-00608-CV

## IN RE ALTERRA EXCESS & SURPLUS INSURANCE COMPANY F/K/A MAX SPECIALTY INSURANCE COMPANY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-58047**

## MEMORANDUM OPINION

On June 29, 2012, relator Alterra Excess & Surplus Insurance Company f/k/a Max Specialty Insurance Company ("Alterra") filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. On December 3, 2012, the parties filed a joint motion to dismiss the petition. The motion is granted.

Accordingly, the petition for writ of mandamus is ordered dismissed.


PER CURIAM

Panel consists of Justices Frost, McCally, and Busby.